# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132986-8(240)(241)
133759-60
134564

46TH CIRCUIT TRIAL COURT,
      Plaintiff, Counter-Defendant,
      Third-Party Defendant-Appellee,

v

COUNTY OF CRAWFORD and CRAWFORD
COUNTY BOARD OF COMMISSIONERS,
      Defendants, Counter-Plaintiffs,
      Third-Party Plaintiffs-Appellants,
and

KALKASKA COUNTY,
      Intervening Third-Party Plaintiff,
      Counter-Defendant-Appellant,
and

OTSEGO COUNTY,
      Third-Party Defendant.
_____/

SC: 132986, 132987, 132988
COA: 246823, 248593, 251390
Crawford CC: 02-005951-CZ

46TH CIRCUIT TRIAL COURT,
      Plaintiff-Appellee,

v

COUNTY OF CRAWFORD
      Defendant-Appellant,

CRAWFORD COUNTY BOARD OF
COMMISSIONERS,
      Defendant, Counter-Plaintiff,
      Third-Party Plaintiff-Appellant,

SC: 133759-60
COA: 256129, 257234
Crawford CC: 02-005951-CZ

KALKASKA COUNTY,
　　　　　Third-Party Plaintiff,
　　　　　Counter-Defendant-Appellant,
and

OTSEGO COUNTY,
　　　　　Third-Party Defendant-Appellee.
_____/

46TH CIRCUIT TRIAL COURT,
　　　　　Plaintiff, Counter-Defendant,
　　　　　Third-Party Plaintiff-Appellee,

v

COUNTY OF CRAWFORD and CRAWFORD
COUNTY BOARD OF COMMISSIONERS,
　　　　　Defendants, Counter-Plaintiffs,
　　　　　Third-Party Plaintiffs-Appellants,
and

KALKASKA COUNTY,
　　　　　Third-Party Plaintiff,
　　　　　Counter-Defendant-Appellant,
and

OTSEGO COUNTY,
　　　　　Third-Party Defendant.
_____/

SC: 134564
COA:  252335
Crawford CC: 02-005951-CZ

　　　　On order of the Court, the motion for reconsideration of this Court's orders of March 21, 2008 is considered, and it is DENIED, because it does not appear that the orders were entered erroneously.  The motion for clarification is DENIED.  The language in the March 21, 2008 orders precluding the award of costs clearly pertains to costs that might otherwise be awardable under MCR 7.318(B).



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
　　　　　　　　　　　　　　Clerk

d0519